

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00113-CV

_____

IN THE INTEREST OF J.C.D., A MINOR CHILD

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 03-CS-657

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

This is an appeal from an "Order Concerning Community Supervision," which appears at its essence to have revoked John Dupree's community supervision and ordered him imprisoned until he "purge[s] himself of this revocation" by paying specified sums, to be distributed by the Cass County Sheriff's Department toward child support arrears.

No court reporter sat, and it appears that the trial judge acted as his own court recorder. He has informed the parties that the record is destroyed and cannot be provided. On February 6, this Court issued an order directing counsel to confer and determine whether they could provide an agreed statement of the case. We have now been informed by counsel that they can do so.

Accordingly, we now direct counsel to, as provided by Rules 34.2 and 34.3 of the Texas Rules of Appellate Procedure, create an agreed record. *See* TEX. R. APP. P. 34.2, 34.3. The agreed statement should be filed with the trial court clerk within thirty days of the date of this order, on or before March 21, 2014. Within ten days of the date of its filing, the trial court clerk shall prepare and file a supplemental clerk's record containing that agreed statement with this Court.

IT IS SO ORDERED.

BY THE COURT

Date: February 19, 2014

2